## Commonwealth *v.* McGill, Appellant.

Submitted April 14, 1969. *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *Charles B. Watkins,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Mego, Appellant.

Submitted April 14, 1969. *Ronald Mathew Mego,* appellant, in propria persona; *Harry A. Heilman, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence and order affirmed.

## Commonwealth *v.* Nixon, Appellant.

Submitted April 15, 1969. *George W. Schroeck,* for appellant; *Richard D. Agresti,* Assistant District Attorney, and *William E. Pfadt,* District Attorney, for Commonwealth, appellee.

Judgment and sentence affirmed.